IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**SAMUEL STOCK, JR.,**

      **Plaintiff,**

      vs.                              CIV. NO. 1:20-cv-01297-SMV

**KILOLO KIJAKAZI,**
**Commissioner of Social**
**Security,**

      **Defendant.**

## ORDER GRANTING JOINT STIPULATION FOR AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT

Upon consideration of the parties' Joint Stipulation for Award of Attorney Fees Pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 *et seq.* (ECF 29), the Court hereby awards Plaintiff $4,550.00 in attorney fees under the EAJA. It is further ordered that the EAJA fees will be paid to Plaintiff but delivered to Plaintiff's attorney.

BY THE COURT:

_____
HONORABLE STEPHAN M. VIDMAR
United States Magistrate Judge

SUBMITTED AND APPROVED BY:
*Electronically submitted 1/4/2022*
MELISSA C. SCHUENEMANN
Special Assistant United States Attorney

*Electronically approved 1/4/22*
BARBARA JARVIS
Plaintiff's Attorney